**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

John D. Vail, *et al.*,
    Plaintiffs,

vs.

A-1 Fabricators & Finishers LLC,
    Defendant.

**Civil Action No: 1:10cv137**
Bowman, M.J.

**AMENDED CALENDAR ORDER**

    Pursuant to the filing of the Status Conference held February 15, 2012, the Calendar in this consent case shall be amended as follows:

1.     Exchange initial disclosures: **March 15, 2012**

2.     Discovery deadline     **July 31, 2012**

3.     Dispositive motion deadline:     **August 28, 2012**

4.     Joint final pretrial order and jury instructions: **November 13, 2012**

5.     Final Pretrial conference: **November 20, 2012 @ 10:00 a.m.**[1]

6.     Jury trial: **December 3, 2012 @ 9:30 a.m.**

    */s/ Stephanie K. Bowman*
    United States Magistrate Judge

---

[1] Parties will be required to attend if a settlement conference is not held prior to this date.