## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION (CINCINNATI)

| | |
|---|---|
| JOHN D. VAIL | Case No. 1:10-cv-137 |
| Plaintiff, | Judge Bowman, M.J. |
| vs. | |
| A-1 FABRICATORS & FINISHERS, LLC, et al. | **ORDER OF DISMISSAL** |
| Defendants. | |

This matter is before the Court upon the Joint Motion of all parties for an order of dismissal. Upon consideration of said motion and for good cause shown, the Court finds the motion to be well-taken and it is hereby granted. Accordingly,

IT IS HEREBY ORDERED AND ADJUDGED that the Amended Complaint is dismissed with prejudice. The Court retains jurisdiction over the parties for purposes of enforcement of their settlement agreement.

Magistrate Judge Stephanie Bowman

**HAVE SEEN:**

/s/ Michael A. Galasso
Michael A. Galasso (0072470)
*Attorney for Defendants*
Robbins, Kelly, Patterson & Tucker LPA
7 West Seventh Street, Suite 1400
Cincinnati, Ohio 45202
(513) 721-3330; (513) 721-5001 (fax)
mgalasso@rkpt.com

/s/ Gary R. Lewis
Gary R. Lewis (#0017697)
*Attorney for Plaintiff John D. Vail*
Cincinnati Club Building, Suite 915
30 Garfield Place
Cincinnati, Ohio 45202
(513) 6654-9222; (513) 721-7008 fax
garylewis@hllmlaw.com